RECEIVED
JAN - 7 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK NEWTON GREEN | DOCKET NO. 11-CV-2182; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| DELMER MAXWELL, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted, *except for Plaintiff's retaliation claim against Warden Stephenson pertaining to Plaintiff's transfer to David Wade Correctional Center.*

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 7th day of January, 2013.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT COURT