RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK NEWTON GREEN,<br>    Plaintiff<br><br>VERSUS<br><br>CAPT. DELMER MAXWELL, et al.,<br>    Defendants | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-02182<br><br><br>JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Stephenson's motion for summary judgment is GRANTED and Green's action against Stephenson is DISMISSED WITHOUT PREJUDICE for failure to exhaust his administrative remedies.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of October 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE